# Seattle Debt Law LLC
705 Second Avenue   Ste 1050
Seattle, WA 98104

Ph:   206-324-6677          Fax:   206-447-0115

June 6, 2011

Don Caton
9231-3rd Avenue S.W.
Seattle, WA 98106

Inv  #:      622
File #:      89-002

RE: Adversary Proceeding

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTY |
|------|-------------|-------|--------|------|
| Feb-17-10 | Review complaint from Judy Caton re non-dischargeability. | 0.50 | 120.00 | CLH |
| Mar-22-10 | Meet with C. Nightingale re Caton adversary proceeding re discovery issues and strategy for case. | 0.70 | 168.00 | CLH |
| Mar-23-10 | Draft answer to adversary complaint | 0.20 | 39.00 | CVN |
| Mar-24-10 | Finish review of and draft answer to complaint | 4.10 | 799.50 | CVN |
| Mar-30-10 | Set up initial disclosures to plaintiff | 1.20 | 234.00 | CVN |
| Apr-01-10 | Email client re info for initial disclosures | 0.20 | 39.00 | CVN |
| Apr-07-10 | Read client's emails re initial disclosures and save docs to file | 0.30 | 58.50 | CVN |
| Apr-08-10 | Finish draft of initial disclosures | 0.90 | 175.50 | CVN |
| Apr-13-10 | Review email from Plaintiff's attorney re deposition dates. | 0.20 | 48.00 | CLH |
| Apr-19-10 | Discussion with D. Caton re case strategy. | 0.70 | 168.00 | CLH |
| Apr-21-10 | Review/respond to email from opposing counsel re conflict of interest | 1.30 | 253.50 | CVN |
| Apr-22-10 | Discuss sign off on extension of discovery cut off stipulation with Plaintiff's attorney. | 0.20 | 48.00 | CLH |
| Apr-27-10 | Continue work on discovery requests to plaintiff | 5.60 | 1,092.00 | CVN |
| Apr-28-10 | Review answers from Plaintiff to Interrogatories. | 0.40 | 96.00 | CLH |
| May-07-10 | Prepare responses to requests for admissions; email same to client | 0.90 | 175.50 | CVN |
| May-10-10 | Draft responses to interrogatories and requests for production | 3.60 | 702.00 | CVN |
| May-11-10 | Review answers for requests of admission and interrogatories with client for finalization and sign off. | 1.50 | 360.00 | CLH |
| | Finish compiling exhibits for RFP | 1.00 | 195.00 | CVN |
| May-27-10 | Review answers to interrogatories and documentation from J. Caton.0.80 | | 192.00 | CLH |
| Jun-01-10 | Email client re discovery responses | 0.20 | 39.00 | CVN |
| Jun-09-10 | Meet with D. Caton re case and need for trial counsel. | 1.60 | 384.00 | CLH |
| Jun-23-10 | Call client re status of case | 0.20 | 39.00 | CVN |
| Aug-03-10 | Respond to client emails re options for adversary | 0.30 | 58.50 | CVN |
| Aug-17-10 | Meeting at B. Cooper's office re the Caton case. | 2.50 | 600.00 | CLH |

|  |  | Hours | Amount | |
|---|---|---|---|---|
|  | Meeting with client, C. Henry and litigation counsel (NO CHARGE)2.50 |  | 0.00 | CVN |
| Feb-02-10 | Telephone call with client re initial disclosures | 0.20 | 39.00 | CVN |
|  | Draft amended complaint and motion to amend same | 3.00 | 585.00 | CVN |
|  | Meet with client re discovery requests | 1.10 | 214.50 | CVN |
|  | Finish discovery requests | 4.00 | 780.00 | CVN |
|  | Review discovery requests from plaintiff; work on discovery requests to plaintiff; research on unclean hands doctrine | 3.40 | 663.00 | CVN |
| Feb-03-10 | Email opposing counsel re additional discovery information | 0.30 | 58.50 | CVN |
|  | Telephone call with client re RSI creditors | 0.20 | 39.00 | CVN |
|  | Telephone call with C. Henry and potential litigation attorney | 1.60 | 312.00 | CVN |
|  | Meet with client and C. Henry re outside counsel for adversary case | 0.40 | 78.00 | CVN |

Totals                                             45.70      $8,853.00

**Total Fee & Disbursements**                          **$8,853.00**

**Balance Now Due**                                    **$8,853.00**

Summary:

| Name | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Christina Latta Henry | CLH | Senior Partner | 9.10 | $240.00 | $2,184.00 |
| Camille V. Nightingale | CVN | Associate | 35.10 | $190.00 | $6,669.00 |
| Camille V. Nightingale | CVN | Associate | 2.50 | $0.00 | $0.00 |